**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose GARCIA–FLORES, also known as Mario Martinez, Defendant–Appellant.**

**No. 07–10143.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 10, 2008.

Robert David Rees, Esq., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Geoffrey A. Hansen, Federal Public Defender's Office, San Francisco, CA, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Jose Garcia–Flores appeals from the 77–month sentence imposed following his guilty-plea conviction for illegal reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Garcia–Flores contends that the district court erred by refusing to consider at sentencing the fact that he had rejected a fast-track plea agreement with a 51–month sentence. He further contends that, as a result, the district court was unable to consider whether there was an unwarranted disparity between his sentence and those imposed on similarly-situated defendants in the same federal district who accepted fast-track plea agreements. We conclude that the district court did not commit procedural error and that Garcia–Flores' sentence is reasonable. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 598–600, 169 L.Ed.2d 445 (2007); *see also United States v. Marcial–Santiago,* 447 F.3d 715, 718–19 (9th Cir.), *cert. denied,* —— U.S. ——, 127 S.Ct. 309, 166 L.Ed.2d 232 (2006).

**AFFIRMED.**

---

ed by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.